FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

MAR 21 2016

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christian Tafolla, Year of Birth 1990 | ) | Case No. 16 mj 1130 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 18, 2016__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113 | Bank robbery and incidental crimes. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

James P. Sumner, Special Agent FBI
Printed name and title

Electronically Submitted &
Sworn ~~to before me and signed in my presence.~~ telephonically

Date: March 19, 2016

City and state: Albuquerque NM

_____
Judge's signature

KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

Your Affiant, James Sumner, having been duly sworn, does hereby depose and say:

### Introduction

1. I have been a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, since July 2014. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request arrest warrants. I am currently assigned to the FBI's Albuquerque Violent Crime Squad, as such, I am authorized to investigate federal crimes involving robberies of FDIC insured banks. The information set forth in this affidavit was derived from my own investigation and/or communicated to me by other sworn law enforcement officers known to be reliable. Because this affidavit is submitted for the limited purpose of filing a Criminal Complaint, your Affiant has not included each and every fact known to me concerning this investigation. Your Affiant has set forth only those facts that your Affiant believes are necessary to establish that probable cause to support a criminal complaint against Christian Tafolla in violation of Title 18 U.S.C. §§ 2113

### Relevant Statutes

2. This investigation concerns an alleged violation of Title 18 U.S.C. § 2113 which is defined as, in general, whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another …any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association.

### Details of Investigation

3. On 3/18/2016, at approximately 2:24 p.m. an unknown male subject entered the Wells Fargo, 8100 Wyoming BLVD NE, Albuquerque, New Mexico 87113. Based on Wells Fargo security camera images and witness descriptions, the male subject appeared to be wearing a light colored baseball cap with designs on the front and sides of the hat, a dark jacket with two different dark colors with a small light colored symbol on the left of the jacket, and jeans. He was described as a Hispanic male, heavy set, and approximately 5'8.

4. When he approached the victim teller, he stated he wanted to make a withdrawal. He then passed a note that demanded $5000 "or else". He then reached for his pants, intimating that he had a gun. The victim teller gave him United States (US) currency.  After he had received the US currency, he left with the US currency and the note.

5. A Wells Fargo employee provided the FBI with documents reflecting that Wells Fargo had sustained a loss of approximately $867.00 in the robbery.

6. The Albuquerque Police Department (APD) was dispatched to the Wells Fargo. An APD officer began searching the La Cueva Center parking lot and saw a male fitting the bank robber's description enter the Dollar Tree store. The APD officer detained the male. The victim teller was then transported by APD to the Dollar Store location where the male was detained. The victim teller positively identified the male as the bank robber. APD then arrested the male, who was identified as Christian Tafolla.

7. Subsequent to Tafolla's arrest, APD officer's located a note that stated "Give us $5000 or else", similar to the note that was passed to the victim teller. Additionally, APD located a large bundle of cash within Tafolla's pants pocket. Tafolla also had a dark navy blue with black jacket with a white "NB" symbol on the left of the jacket and a white baseball cap with a "Blue Angels" symbol on the front and airplanes on the sides

8. APD then relinquished custody of Tafolla to the FBI. After FBI agents read Tafolla his Advice of Rights, Tafolla stated he went in to the bank and handed the teller a note. The teller gave him money from his cash drawer. Tafolla then stated he left and called a taxi and that's when an APD officer picked him up at the Dollar Tree. He then stated he wanted to pay off loans.

9. Wells Fargo's deposits are insured by the Federal Deposit Insurance Corporation and it is therefore a bank as defined under 18 USC § 2113.

10. The aforementioned branch of Wells Fargo is located in Bernalillo County, New Mexico, and suffered a financial loss in the robbery.

11. Based on all of the above information, your Affiant submits there is probable cause to believe that on March 18, 2016, Christian Tafolla, violated 18 U.S.C. §§ 2113.

12. Assistant United States Attorney Kimberly Brawley has authorized federal prosecution in this matter.

13. I swear that this information is true and correct to the best of my knowledge.

James P Sumner, Special Agent - FBI

SUBSCRIBED and SWORN to before me this 21 day of March, 2016.

United States Magistrate Judge